UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO:  3:15-bk-01249-PMG
                                          Est. Time if hearing is required: 10 minutes
JASON CAMERON MCLEAN                      Chapter 13

_____Debtor_____

## CHAPTER 13 TRUSTEE'S PROPOSED MODIFIED PLAN

**A.     NOTICES.**

**Debtor must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | Included | Not Included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | Included | Not Included |
| Nonstandard provisions, set out in Section E. | Included X | Not Included |

**B.     MONTHLY PLAN PAYMENTS.**  Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

(A)   $255.00 for month 1;

(B)   $1,180.00 for months 2 through 8;

(C)   $1,361.00 for months 9 through 16;

(D)   $3,322.00 for month 17;

(E)   $1,361.00 for months 18 through 25;

(F)   $1,594.00 for month 26;

(G)   $1,361.00 for months 27 through 37;

(H)   $826.75 for months 38 through 41;

(I)   $13,575.13 for month 42;

(J)   $826.75 for months 43 through 50;

(K)   $1,066.75 for months 51 through 60.

**E.**    **NONSTANDARD PROVISIONS:**

The "Notices" section as to actions that may be taken from Section C has intentionally been left un-marked and Paragraph C through D of the Model Plan have been redacted as no changes are proposed to any of the creditor distributions as allowed by the Order Confirming the Chapter 13 Plan, except for those as to the unsecured claims timely filed and allowed.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By: /s/ Marsha M. Brown
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr., Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone (904)358-6465
FAX (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on May 10, 2019 on all interested parties.

/s/ Marsha M. Brown